**AFFIDAVIT IN SUPPORT OF AN
APPLICATION FOR AN ARREST WARRANT**

I, Thomas J. Zukauskas, do hereby depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation ("FBI") and have been so employed for 14 years. I am currently assigned to the Boston Division of the FBI in Boston, Massachusetts. More specifically, I am assigned to the Boston FBI Violent Crimes Task Force ("VCTF"), which comprises personnel of the FBI, Massachusetts State Police, and the Boston, Braintree, Dedham, Malden, Saugus, and Somerville Police Departments.

2. As a Special Agent with the VCTF, I have responded to numerous bank robberies. I have also received specialized training regarding investigative techniques, evidence collection, and evidence preservation.

3. Throughout my employment with the FBI, I have participated in investigations involving the execution of arrest warrants.

4. I am aware that Title 18 of the United States Code, Section 2113(a), makes it a crime for anyone by force and violence, or by intimidation, to take, or attempt to take, from the person or presence of another, any property or money or any other thing of value belonging to, or in the care, custody,

1

control, management, or possession of, any federally insured bank.

5.   Having so said, I make this affidavit in support of a criminal complaint charging Dennis C. Taylor ("Taylor"), DOB xx/xx/1973, with the following robbery in violation of 18 U.S.C. § 2113(a): Santander Bank, located at 279 Massachusetts Avenue, Boston, MA on April 29, 2020. On the date of this robbery, the Santander Bank was insured by the Federal Deposit Insurance Corporation.

6.   The facts stated herein are based on my own personal knowledge, as well as information provided to me by witnesses and other law enforcement involved in the investigation. In submitting this affidavit, however, I have not included each and every fact known to me about this investigation, but only the facts which I believe are sufficient to establish the requisite probable cause.

### SANTANDER BANK, April 29, 2020

7.   On April 29, 2020, at approximately 3:30 p.m., an individual ("the robber") carrying a white bag with a CVS logo, entered through the front entrance of a branch of Santander Bank ("the Bank") located at 279 Massachusetts Avenue, Boston, MA. The robber approached a teller's window and stated to the teller, words to the effect, this is a robbery, give me all $100's and $50's, give me all you have, no dye packs.  The teller removed

2

currency from her drawer, including a red dye pack, and placed the currency and dye pack in the robber's white CVS bag. The robber took the bag containing the currency and dye pack and exited the bank.

8. A post-robbery audit determined that the robber had taken $280.00 in United States currency during the robbery.

9. Following the robbery, the teller was interviewed and described the robber as a white male, approximately 5'9", medium build, approximately 40-50 years old, wearing a blue/gray hooded jacket, plaid mask, blue jeans, and blue latex gloves. The teller also stated that the robber was carrying a white CVS bag.

10. Bank surveillance cameras were operating and functioning on the date of the robbery. The cameras captured images of the robber consistent with the teller's descriptions. I have viewed the bank video surveillance camera and I observed the robber to be a white male approximately 5'9" wearing a dark hooded sweatshirt, dark colored mask, blue latex gloves, black pants, sneakers with a thick white sole, and carrying a white CVS bag.

**INITIAL INVESTIGATION**

11. Later that same day, the VCTF interviewed a Security Guard ("the guard") from the Christian Science Church located at

250 Massachusetts Avenue, Boston, MA[1]. The guard stated that earlier in the day he had observed a male ("the male") with dark hair and dressed in dark covering garments in a plume of red smoke running from the direction of Massachusetts Avenue in the Christian Science Church's courtyard. The guard stated that he yelled at the male to stop, but the male continued in the direction of the parking garage at 235 Huntington Ave.  The guard went into the garage and in a hallway located some red dye stained US currency, a red dye stained CVS bag, and a pair of blue latex gloves.

12.  Later that day, April 29, 2020, the VCTF took physical custody of the items recovered to include: red dye stained money; a red dye stained CVS bag; and a pair of blue latex gloves.

13.  On April 30, 2020, this recovered evidence was submitted to the FBI Boston Evidence Control Unit and subsequently submitted to the FBI Laboratory for examination.

14.  I learned that this area is surveilled by video cameras, which were functioning and operating on the date of the robbery. On April 30, 2020, I obtained and then observed the video surveillance cameras, minutes prior to the bank robbery

---

[1] The Christian Science Church is located on Massachusetts Avenue in Boston, and is across the street from this branch of the Santander Bank.

beginning at 3:23 p.m. and subsequent to the bank robbery at a 3:33 p.m., discussed above and I observed:

a. 3:23 p.m., prior to the robbery: A white male, with combed black hair, wearing a white jacket with insignia on left breast, black pants, a light colored surgical mask, sneakers with thick white soles, and carrying a dark colored duffel bag with white insignia walking from direction of Massachusetts Avenue towards and entering garage stairwell at 235 Huntington Ave. This individual was then observed near the garage's bike room and then out of view of the surveillance camera;
b. 3:28 p.m., prior to the robbery: A white male, with black combed hair, wearing a dark colored hooded sweatshirt, dark colored mask, black pants, sneakers with thick white sole walking towards exit of garage;
c. 3:29 p.m., prior to the robbery: The same individual described above [paragraph 14,b] is observed exiting the garage and heading towards Massachusetts Avenue;
d. 3:33 p.m., following the robbery: the same individual described above [paragraph 14, b and c] running in a plume of red smoke from direction of Massachusetts Avenue and the Santander Bank towards parking garage at 235 Huntington Ave;
e. 3:33 p.m., following the robbery: the same individual described in [paragraphs b-d] running towards and entering garage stairwell from the Christian Science Church's courtyard.
f. 3:33 p.m., following the robbery: The same individual described [paragraphs b-f] entering the garage carrying something white with red markings.
g. 3:35 p.m. following the robbery: The same individual wearing the same clothing and carrying the same bag described above [paragraph 14 a] exiting the garage and heading down Huntington Avenue towards Prudential Center.

**FURTHER INVESTIGATION**

15. On May 1, 2020, the VCTF interviewed an employee ("the employee") at a known Boston area halfway house. The VCTF learned that the halfway house is for individuals on federal probation. The employee was shown a series of surveillance

5

photographs discussed above and he stated that the individual in the surveillance photographs looks like Taylor, and that Taylor was a resident at the halfway house in late March/April 2019. The employee went on to further state that Taylor is currently on federal probation for bank robbery.

16. On May 4 and 6, 2020, the VCTF interviewed Taylor's US Probation Officer ("the USPO"), who stated that he/she supervises Taylor and that Taylor is currently on federal probation for bank robbery and was a resident at the above halfway house in 2019.

17. The USPO was shown surveillance photographs discussed above and stated the individual in the surveillance photographs looked like Taylor.

18. On May 6, 2020, I personally observed Taylor on Northern Avenue in Boston, Massachusetts outside the United States District Courthouse. I observed Taylor to be a white male, combed black hair, approximately 5'10", wearing blue jeans, blue jacket, light colored surgical mask, and sneakers with thick white sole.

19. In May 2020, I spoke with an employee ("the employee") from the Boston Public Health Commission that operates the Southampton Shelter ("the Shelter"). The employee provided records from the Shelter for Taylor. The employee is familiar with Taylor and stated that Taylor stayed at the Shelter during the month of April 2020. I also learned that each resident of

6

the Shelter is required to use his "sign-in card" each time he enters the facility. Records provided indicated Taylor signed in at the Shelter on the night of April 29, 2020, at approximately 6:25 p.m. The employee also provided me the copies of surveillance photos from the Shelter taken on April 29, 2020 and stated that the person in these photographs was Taylor.

20. I have viewed the footage from the Shelter and observed an individual I believe to be Taylor entering the Shelter on April 29, 2020 at approximately 6:25 p.m. In the photos, Taylor was observed as a white male, combed black hair, wearing a white jacket with insignia on left breast, black pants, a light colored surgical mask, sneakers with thick white sole, and carrying a dark colored duffel bag with white insignia.

21. Based on my training, experience, and familiarity with investigative techniques, I believe Taylor is the individual in the Southampton Shelter video from April 29, 2020; the individual in the video in and around the Christian Science Church on April 29, 2020; and the robber at Santander Bank branch located at 279 Massachusetts Avenue, Boston, Massachusetts on April 29, 2020.

**FBI Laboratory Examination**

22. On September 29, 2020, FBI Laboratory provided results of preliminary nuclear DNA examination results from swabbings from the inside and outside of the pair of blue latex gloves recovered on April 29, 2020 in the parking garage as part

7

of captioned bank robbery investigation. The results concluded that there was a DNA profile for a single male and suitable for comparison purposes and eligible to be entered into the Combined DNA Index System (CODIS).  The FBI Laboratory submitted the DNA profile into CODIS for comparison.  Furthermore, on October 30, 2020, FBI Laboratory advised that there was an association between the DNA profile found in and on the pair of blue latex gloves to an offender within CODIS: DENNIS CHRISTOPHER TAYLOR, FBI# XXXXXXCB3.

**THIS SECTION LEFT INTENTIONALLY BLANK**

**CONCLUSION**

23. Based on the foregoing, I believe there is probable cause to believe that Dennis C. Taylor, by force and violence, and by intimidation, took from the person or presence of another, money in the care, custody, control, management, and possession of the following banks, in violation of 18 U.S.C. § 2113(a): the Santander Bank on April 29, 2020

*/s/ Thomas J. Zukauskas*
FBI SA Thomas J. Zukauskas,
Sworn telephonically pursuant
To Fed.R.Crim.P.41 (d)(3)

Subscribed and sworn to telephonically in accordance with
Federal Rule of Criminal Procedure 4.1 on November 2, 2020.

_Page Kelley_
HONORABLE M. Page Kelley
Chief US Magistrate Judge